Philip L. Curcio (PC2578)
445 Broadhollow Rd., Suite 200
Melville, N.Y.  11747
Tel: (631) 249-9230
Email: pcurcio@juno.com
Attorney for Plaintiffs-Intervenors
*United Boatmen of New York, Inc., et al*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

––––––––––––––––––––––––––––– X
The STATE OF NEW YORK, ALEXANDER B. |
GRANNIS, As Commissioner of the New York |
State Department of Environmental Conservation, |
and the NEW YORK STATE DEPARTMENT OF | Civil Action No. 08-CV-2503
ENVIRONMENTAL CONSERVATION |
                Plaintiffs, | Judge Charles P. Sifton
|
UNITED BOATMEN OF NEW YORK, INC., |
NEW YORK FISHING TACKLE TRADE |
ASSOCIATION, INC., and the FISHERMAN'S |
CONSERVATION ASSOCIATION | **First Amended Notice of Plaintiff-**
        Plaintiff-Intervenors, | **Intervenors' Motion For Summary**
    vs. | **Judgment Pursuant to F.R.C.P. 56(a)**
|
CARLOS GUTIERREZ, in his official capacity as |
Secretary of the United States Department of | **Submitted: June 15, 2009**
Commerce, the UNITED STATES |
DEPARTMENT OF COMMERCE, CONRAD C. | **ORAL ARGUMENT REQUESTED**
LAUTENBACHER, in his official capacity as |
Under Secretary of  Commerce and Administrator |
for the National Oceanic and Atmospheric |
Administration, the NATIONAL OCEANIC AND |
ATMOSPHERIC ADMINISTRATION, JAMES |
W. BALSIGER, in his official capacity as Acting |
Assistant Administrator for the National Marine |
Fisheries Service, and NATIONAL MARINE |
FISHERIES SERVICE, ATLANTIC STATES |
MARINE FISHERIES COMMISSION, |
|
                Defendants. |
|
––––––––––––––––––––––––––––– X

**TO ALL PARTIES OF THE ABOVE CAPTIONED ACTION, PARTIES REQUESTED TO BE JOINED TO THE CAPTIONED ACTION, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that United Boatmen of New York, Inc., New York Fishing Tackle Trade Association, Inc. and Fishermen's Conservation Association will bring the attached Motion for Summary Judgment on for hearing before this court on August 31st at 4:30 p.m. in the afternoon, or at such other date and time thereafter as the Court may determined, in Courtroom No. 6 A of the United States District Courthouse for the Eastern District of New York located at Cadman Plaza, Brooklyn, New York.

Dated: Melville, New York
       June 15, 2009

Respectfully submitted by:

                                                    PHILIP L. CURCIO, ESQ.
                                                   Attorney for Applicants
                                                   UBNY, NYFTTA, and FCA.

                                                   s/Philip L. Curcio
                                                   Philip L. Curcio
                                                   445 Broadhollow Rd., Ste. 200
                                                   Melville, N.Y.  11747
                                                   (631) 249-9230